■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES UTLEY, Also Known as JAMES BARKLEY, Also Known as JAMES CUTLER, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Corriero, J.), imposed September 18, 1989.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.